FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 DEC -5 PM 2: 59

CLERK _S McCarthy
SO. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

TOMAS HERNANDEZ,

       Plaintiff,

  vs.

UNITED STATES OF AMERICA,

       Defendant.

      CIVIL ACTION NO.: CV204-117

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Government's unopposed Motion for Summary Judgment is **GRANTED.** Plaintiff's complaint is **DISMISSED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 5th day of ___December___, 2005.

_____
UNITED STATES DISTRICT JUDGE